UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

AIM LOGISTIC SERVICES, LLC n/k/a
BELACON PALLET SERVICES, LLC,

    Plaintiff,

v.                                            Case No:   6:15-cv-583-Orl-22TBS

M.J. RESURRECTION, INC., d/b/a
FRESH WAREHOUSING,

    Defendant.

## ORDER

Defendant removed this case to this Court based upon the alleged existence of diversity jurisdiction (Doc. 1).   Because the record is insufficient to show that the Court has jurisdiction, it issued an Order directing Defendant to show cause, no later than April 30, 2015, why the case should not be dismissed (Doc. 4).   To obtain the information to comply with the Order, Defendant seeks leave of Court to serve a single interrogatory on Plaintiff (Doc. 11).   It asks that Plaintiff be required to answer the interrogatory by April 29, 2015 so that Defendant can meet the April 30 deadline (Id.).   Defendant has attempted to obtain this information without the aid of the Court but Plaintiff has not provided it voluntarily (Id., ¶ 9).   Counsel for Plaintiff does not oppose Defendant's motion (Id., ¶ 14).   The parties have not conducted their FED.R.CIV. P. 26(f) conference. "A party may not seek discovery from any source before the parties have conferred as required by Rule 26(f), except in a proceeding exempted from initial disclosure under Rule 26(a)(1)(B), or when authorized by these rules, by stipulation, or by court order." FED.R.CIV. P. 26(d)((1).   Defendant has shown good cause for the relief it is requesting

and Plaintiff does not oppose the motion. Accordingly, Defendant, M.J. Resurrection, Inc.'s Motion for Leave to Propound Jurisdictional Discovery (Doc. 11), is **GRANTED**. Defendant may propound the single interrogatory attached to its motion and Plaintiff shall provide its answer no later than April 29, 2015.

      **DONE** and **ORDERED** in Orlando, Florida on April 27, 2015.

*[signature]*

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to Counsel of Record

- 2 -